IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE20-15051 (12)

NELSON GARCIA,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, NELSON GARCIA, by and through the undersigned counsel, hereby files this Complaint and sues the Defendant, TARGET CORPORATION, and alleges:

### JURISDICTION AND IDENTIFICATION OF THE PARTIES

1. This is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars exclusive of interest and costs.

2. The Plaintiff, NELSON GARCIA, was and is a resident of Miami-Dade County, Florida.

3. The Defendant, TARGET CORPORATION, (hereinafter referred to as "TARGET") at all times material was and is a foreign profit corporation authorized to conduct business in the State of Florida, and doing business in Broward County, Florida, as a retail chain.

## GENERAL FACTS

4. The incident that gives rise to this cause of action occurred on July 14, 2018, at TARGET located at 16901 Miramar Parkway, Miramar, Broward County, Florida.

5. The Plaintiff, NELSON GARCIA, was an invitee at the Defendant's store referred to herein above.

6. At all times material hereto, the Defendant, TARGET, operated, managed and/or otherwise maintained actual and/or constructive control of the subject premises.

7. On or about July 14, 2018, while Plaintiff, NELSON GARCIA, was lawfully shopping on said property at the location referred to herein above, he used the restroom on Defendant's premises.

8. As Plaintiff proceeded to make use of the restroom, he sat down on the toilet and immediately fell to the floor with significant force. As a result, the Plaintiff, NELSON GARCIA, sustained severe injuries and damages as alleged herein.

## COUNT I – NEGLIGENCE OF DEFENDANT, TARGET

Plaintiff readopts and realleges paragraphs 1 through 8, as referenced hereinabove and further alleges:

9. At all times material hereto, Defendant, TARGET, had a duty to inspect their toilets such that it would be maintained in a reasonably safe condition, warn invitees of an unsafe and dangerous condition existing which the Defendant, TARGET, created, or in the alternative, knew or should have known by the exercise of reasonable care.

10. At all times material hereto, Defendant, TARGET, allowed the dangerous condition to exist for such a length of time that in the exercise of ordinary care, TARGET, should have known of the dangerous condition or in the alternative that the condition occurred with regularity and was therefore foreseeable.

11. Notwithstanding said duties, the Defendant, TARGET, by and through its agents, employees, and/or servants acting within the course and scope of their employment and/or agency, was negligent in one or more of the following ways:

   a. Failed to warn Plaintiff, NELSON GARCIA, and other invitees that a dangerous condition existed; to wit: a broken toilet seat with lose screws.

   b. The Defendant, TARGET, knew or should have known of such a dangerous and defective condition and should have exercised reasonable care to remedy said condition;

   c. Failed to timely or adequately remedy and/or eliminate said dangerous condition; to wit: a broken toilet seat with lose screws.

12. As a direct and proximate result of the aforementioned acts of negligence of the Defendant, TARGET, the Plaintiff, NELSON GARCIA, suffered bodily injury resulting in pain, suffering, disability, disfigurement, scarring, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, NELSON GARCIA, demands judgment against the Defendant, TARGET, for damages, costs, and further demands trial by jury of all the issues so triable as a matter of right.

**WE HEREBY CERTIFY** that the foregoing has been electronically filed with the Clerk of the Courts by use of the ECF system and by electronic mail to all counsel listed in the attached service list, this _____ day of September, 2020.

**BROTMAN NUSBAUM IBRAHIM**
137 West Royal Palm Road
Boca Raton, FL 33432
Telephone: (561) 417-5656
Email: joe@lawbni.com

By: _____
JOSEPH N. NUSBAUM
Florida Bar No.: 114715